

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00628-CR

James **SMITH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4942W
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Appellant's pro se motion to expedite issuance of the mandate is DENIED AS MOOT. The mandate issued on January 5, 2015.

It is so **ORDERED** on the 7th day of January, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court